IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-0067C

(Filed: January 29, 2004)

INTERSTATE POWER AND LIGHT CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER OF RECUSAL

This newly filed action was assigned to me randomly from the case-assignment wheel. After a review of the corporate disclosure statement accompanying the complaint, I recuse myself in accord with 28 U.S.C. § 455(b)(4). Plaintiff Interstate Power and Light Company is a wholly owned subsidiary of Alliant Energy Corporation. I have a financial interest in a party to the proceeding within the meaning of Section 455(b)(4).

s/ Charles F. Lettow
Charles F. Lettow
Judge