# In the United States Court of Federal Claims

No. 04-67C
(Filed: May 14, 2004)

**************************************
*
**INTERSTATE POWER & LIGHT CO.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**************************************

**ORDER**

1. This order has been entered, in the following form, in all the cases described below and applies fully in this case:

2. In light of motions of Defendant filed in a number of recently-filed Spent Nuclear Fuel (SNF) cases for a stay or, in the alternative, for coordinated discovery, and in light of the discovery conference held before Judge Sypolt on April 30, 2004, and the report of the parties filed on May 7, 2004, the Court hereby **ORDERS** that discovery in this case on the rate of acceptance or damages issues, and/or any discovery duplicative of information from previous coordinated discovery in SNF cases, be **STAYED** through December 31, 2004.

3. This stay of discovery, however, shall not be construed to preclude access by the parties – subject to the protective order, the e-mail preservation order, and the order governing access to the RIS-web issued in the coordinated discovery proceedings – to the discovery previously obtained under the coordinated discovery in the earlier-filed SNF cases. Defendant shall deem plaintiff's use of discovery obtained under the coordinated discovery in the earlier-filed SNF cases as if it were taken in this case.

4. The judges assigned to SNF cases, including the undersigned, expect that counsel will make every effort to work cooperatively, and that plaintiff's counsel, in particular, consistent with client obligations, will keep party colleagues in the other SNF cases fully and

timely informed of the motions and discovery activities contemplated and undertaken, as the case may be, in this proceeding.

5. Any party objecting to all or any part of a discovery request on the grounds that it contravenes this stay order shall file a motion pursuant to Rule 26(c) of the Rules of the Court of Federal Claims. A courtesy copy of the motion shall be provided concurrently, by email, to Chief Judge Edward J. Damich (damich_chambers@ao.uscourts.gov).

s/ Christine O. C. Miller

______________________________________

Christine Odell Cook Miller

Judge