# In the United States Court of Federal Claims

****************************************

**INTERSTATE POWER & LIGHT CO.,**

Plaintiff,

v. No. 04-67C

**THE UNITED STATES,** (Filed Sept. 28, 2004)

Defendant.

****************************************

## ORDER

Further to the order entered on May 14, 2004,

**IT IS ORDERED**, as follows:

The parties shall file a Joint Status Report by October 13, 2004, stating their views with respect to continuance of the stay of discovery in this case; any request for a stay for all proceedings; and their intention with respect to any forthcoming dispositive motion.

s/ Christine O. C. Miller

______________________________________

Christine Odell Cook Miller
Judge