# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **INTERSTATE POWER AND LIGHT COMPANY,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Case No. 04-67C** |
| **v.** | ) | |
| | ) | **(Judge Christine Miller)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's order dated September 27, 2004, the parties respectfully file this joint status report "stating their views with respect to continuance of the stay of discovery in this case; any request for a stay of all proceedings; and their intention with respect to any forthcoming dispositive motion."

This action is based upon a Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste ("Standard Contract"), between Interstate Power and Light Company ("IPL") and the United States, acting through the Department of Energy ("DOE"), the material terms of which are published at 10 C.F.R. § 961.11. Sixty cases involving the Government's actions in connection with spent nuclear fuel and/or high level waste are currently pending in the Court of Federal Claims.[1]

### Views Regarding Continuance of Stay of All Proceedings, Including Discovery

Both parties agree that the Court should issue a modest and reasonable stay of all proceedings, including discovery, until April 15, 2005. The parties agree that a stay of

[1] Five other cases have been dismissed voluntarily or by joint stipulation, while a sixth case, *Indiana Michigan Power Co. v. United States*, 98-486C (Fed. Cl.), is on appeal of this Court's final judgment.

proceedings in this case will allow for possible efficiencies due to the resolution of legal and factual issues in previously-filed cases in which similar claims are being pursued by other plaintiffs. These issues include, among others, so-called "rate" issues, or the minimum mandatory schedule for the acceptance of spent nuclear fuel ("SNF") and high-level radioactive waste ("HLW") by which the Government was contractually obligated to accept contract holders' SNF and/or HLW, and issues regarding the recovery of damages, under a partial breach of contract theory, that will be alleged to occur in the future. These issues have been or are expected to be presented in the trials that are currently scheduled to occur by April 2005,[2] and resolution of these issues in such cases could facilitate agreements by the parties in this lawsuit, or, at a minimum, inform the Court's consideration of such issues if they remain contested and require resolution in this case.

The parties request that the stay be continued until April 15, 2005.[3] By this date, all of the currently scheduled "lead" trials, as well as the trial in *Sacramento Mun. Util. Dist.*, will be concluded and decisions may be issued in at least some of the cases. At that time, the Court

---

2 Four of those cases already have completed a trial regarding the plaintiff's damages, *Indiana Michigan Power Co. v. United States*, No. 98-486C (Fed. Cl.), *Yankee Atomic Elec. Co. v. United States*, No. 98-126C (Fed. Cl.), *Connecticut Yankee Atomic Power Co. v. United States*, No. 98-154C (Fed. Cl.), and *Maine Yankee Atomic Power Co. v. United States*, No. 98-474C (Fed. Cl.), and the Court has already issued its decision in *Indiana Michigan*, which is now on appeal. Briefing before the United States Court of Appeals for the Federal Circuit in *Indiana Michigan* is expected to be completed by early 2005, with oral argument soon thereafter. Another SNF case, *Sacramento Mun. Util. Dist. v. United States*, No. 98-488, is currently scheduled for trial beginning March 21, 2005.

3 In *Kansas Gas & Electric Co. v. United States*, No,. 04-99C, the parties have agreed, at plaintiff's suggestion, that proceedings should be stayed pending the outcome of the appeal in the *Indiana Michigan* decision. In *Interstate Power and Light Co. v. United States*, No. 04-67C, plaintiff has requested a stay of a more definite and limited duration, with the possibility that such a stay could be extended at a later time. The Government has agreed to plaintiff's request in *Interstate Power*.

should allow the parties to submit another status report identifying their positions regarding further activity in this case, in light of the status of activities in other cases.

**Views Regarding Forthcoming Dispositive Motions**

As noted above, both parties desire this case to be stayed and, therefore, desire to defer setting a schedule for the filing of any dispositive motions. Similarly, both parties believe that the jointly-requested stay will help to inform their decisions regarding their intent to file such motions, and that it is premature at this time to commit to filing such motions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch,

s/ Brad Fagg
Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5191 – telephone
(202) 739-3001 – facsimile

Attorney for Plaintiff

s/ Joshua E. Gardner
Joshua E. Gardner
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
(202) 305-7583 – telephone
(202) 307-2503 – facsimile

Attorneys for Defendant

October 12, 2004

**CERTIFICATE OF FILING**

I hereby certify that on this 12th day of October 2004, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Paul Bessette