# In the United States Court of Federal Claims

**************************************
*
**INTERSTATE POWER & LIGHT CO.,** *
*
Plaintiff, *
*
v. * No. 04-67C
*
**THE UNITED STATES,** * (Filed Oct. 14, 2004)
*
Defendant. *
*
**************************************

## ORDER

Further to the order entered on September 28, 2004, and the representations and request made by the parties in their Joint Status Report filed on October 12, 2004,

**IT IS ORDERED**, as follows:

1. The stay of discovery in this case is continued until April 15, 2005.

2. The parties shall promptly file a Joint Status Report notifying the court of any decisions or other developments that impact this case.

s/ Christine O.C. Miller

______________________________________

Christine Odell Cook Miller
Judge