# In the United States Court of Federal Claims

**************************************

**INTERSTATE POWER & LIGHT CO.,**

Plaintiff,

v. No. 04-67C

**THE UNITED STATES,** (Filed Apr. 15, 2005)

Defendant.

**************************************

## ORDER

Further to the order entered on October 14, 2004, and the representations and request made by the parties in their Joint Status Report and Motion for Extension of Temporary Stay filed on April 15, 2005,

**IT IS ORDERED**, as follows:

1. The motion is granted, and the stay of discovery in this case is continued until September 6, 2005.

2. The parties shall promptly file a Joint Status Report notifying the court of any decisions or other developments that impact this case.

s/ Christine O.C. Miller

___________________________________

Christine Odell Cook Miller
Judge