# In the United States Court of Federal Claims

| | |
|---|---|
| **INTERSTATE POWER & LIGHT CO.,** | |
| Plaintiff, | |
| v. | No. 04-67C |
| **THE UNITED STATES,** | (Filed Sept. 12, 2005) |
| Defendant. | |

## ORDER

The parties' Joint Status Report and Motion for Extension of Temporary Stay filed on September 6, 2005, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. The motion is granted, and the stay of discovery in this case is continued until March 31, 2006.

2. The parties shall promptly file a Joint Status Report notifying the court of any decisions or other developments that impact this case.

s/ Christine O.C. Miller

Christine Odell Cook Miller
Judge