# In the United States Court of Federal Claims

**INTERSTATE POWER & LIGHT CO.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

No. 04-67C

(Filed Apr. 3, 2006)

## ORDER

The parties' Joint Status Report and Motion for Extension of Temporary Stay filed on March 31, 2006, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. The motion is granted, and the stay of discovery in this case is continued until September 8, 2006.

2. The parties shall promptly file a Joint Status Report notifying the court of any decisions or other developments that impact this case.

s/ Christine O.C. Miller

___________________________________

Christine Odell Cook Miller
Judge