**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 8, 2006)

| | |
|---|---|
| **INTERSTATE POWER & LIGHT CO.**, Plaintiffs, v. **THE UNITED STATES**, Defendant. | No. 04-67C (Judge Christine O.C. Miller) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff Interstate Power & Light Company ("IPL"), respectfully requests an enlargement of time of 20 days until September 28, 2006 to file a joint status report updating the Court regarding any decisions or developments that might impact this case and to propose a joint schedule for further proceedings in this case. This is IPL's first request for an enlargement of time. Counsel for IPL has discussed this motion with Counsel for the Government, Mr. Joshua Gardner, and the Government does not oppose this motion.

IPL requests this enlargement to allow additional time for FPL Energy Duane Arnold, LLC ("FPLE Duane Arnold"), the recent buyer and current owner of the Duane Arnold Energy Center, to add its name to the caption or substitute itself as the real party in interest. As previously related to the Court, on January 27, 2006 IPL sold its interest in the Duane Arnold Energy Center to FPLE Duane Arnold. Utilizing the appropriate rules of this Court, FPLE Duane Arnold — as the new owner of the nuclear plant at issue — expects to join this case and to participate in its prosecution.

Counsel for FPLE Duane Arnold, Mr. Alex Tomaszczuk, has requested counsel for IPL to file this motion for enlargement due to the fact that Mr. Tomaszczuk and his colleagues

require additional time to file appropriate joinder papers because of the discovery throughout the Summer of 2006 and the upcoming trials in *Sys. Fuels, Inc. v. United States*, No. 03-2624C (Braden, J.) (Plaintiff's case-in-chief to be presented from September 18, 2006 through September 22, 2006) and *Northern States Power Co. v. United States*, No. 98-484C (Wiese, S.J.) (four week trial to commence in Minneapolis, Minnesota on October 23, 2006). In addition to the document and deposition discovery over the past summer, counsel for FPLE Duane Arnold filed a memorandum of contentions of fact and law, witness list, exhibit list, and deposition and trial transcript designations in *System Fuels* on August 18, 2006 and the same pre-trial filings in *Northern States* on September 1, 2006. Additionally, in *System Fuels*, counsel filed its motion in limine to exclude certain of the Government's expert testimony and a motion for leave to file its experts' written direct testimony on September 6, 2006. Counsel has until September 11, 2006 to file a response to the Government's contentions memo and will attend a pre-trial conference in *System Fuels* on September 12, 2006.

Besides its preparation for the above two trials, counsel for FPLE Duane Arnold also filed its appellate brief on behalf of the intervenor in *Bannum, Inc. v. United States*, No. 2006-5066 (Fed. Cir.) on August 30, 2006. Additionally, in *System Fuels, Inc. v. United States*, No. 03-2623C (Lettow, J.), counsel is in the process of briefing a motion for a protective order, which is set for oral argument on September 13, 2006. Thus, because of these prior filings and the upcoming trials, particularly *System Fuels*, No. 03-2624C, counsel for FPLE Duane Arnold needs additional time to join FPLE Duane Arnold to this action, to enter an appearance as counsel for FPLE Duane Arnold, and to discuss a schedule for further proceedings with counsel for the other parties.

For the foregoing reasons, IPL requests that this Court grant an enlargement of time of 20 days until September 28, 2006 for the parties file a joint status report.

Dated: September 8, 2006

Respectfully submitted,

s/ Brad Fagg

Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5191 – telephone
(202) 739-3001 – facsimile

Attorney for Plaintiff
Interstate Power & Light Company

CERTIFICATE OF FILING

I hereby certify that on this 8th day of September 2006, a copy of the foregoing "Unopposed Motion for Enlargement of Time" was filed electronically, and service is thereby deemed to have been made on all counsel of record.

_______s/ Paul Bessette__