**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 28, 2006)

| | | |
|---|---|---|
| **INTERSTATE POWER & LIGHT CO.,** Plaintiff, | ) | |
| v. | ) | No. 04-67C (Judge Christine O.C. Miller) |
| **THE UNITED STATES,** Defendant. | ) | |

**MOTION FOR JOINDER OF FPL ENERGY DUANE ARNOLD, LLC AND MOTION FOR LEAVE TO SUBSTITUTE COUNSEL OF RECORD**

Pursuant to RCFC 20(a) & 25(c), FPL Energy Duane Arnold ("FPLE Duane Arnold") seeks leave to join this action as the current owner of Duane Arnold Energy Center, the nuclear plant at issue in this case. Furthermore, pursuant to RCFC 83.1(c)(4), Plaintiff FPL Energy Duane Arnold, LLC, respectfully moves for leave to substitute undersigned counsel – Alex D. Tomaszczuk – as counsel of record for this case in lieu of current counsel of record – Brad Fagg. Also, per RCFC 83.1(c)(4), an affidavit of appointment of Mr. Tomaszczuk (Exhibit 1) and the written consent of Mr. Fagg to substitute counsel of record (Exhibit 2) are attached to this motion.

## I. MOTION FOR LEAVE TO JOIN FPLE DUANE ARNOLD AS A PARTY

On January 27, 2006, Interstate Power & Light Company ("IPL") sold its interests in the Duane Arnold Energy Center to FPLE Duane Arnold. As a result of that transaction, FPLE Duane Arnold is now the "Purchaser" and contract-holder in privity with DOE. As part of the Purchase and Sale Agreement, FPLE Duane Arnold and IPL agreed that FPLE Duane Arnold

would have the right to join and prosecute the instant lawsuit. *See* Purchase & Sale Agreement § 6.13(a) (Exhibit 3).

Generally, where a party (*e.g.* a seller) transfers an interest at issue in litigation, it is appropriate to join (or substitute) the party to whom the interest is transferred (*i.e.* the buyer). RCFC 25(c) (allowing "the court upon motion [to] direct[] the person to whom the interest is transferred to be . . . joined with the original party"); *see also* RCFC 20(a) (allowing permissive joinder). Here, IPL assigned its Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste ("Standard Contract") to FPLE Duane Arnold.

The assignment of IPL's Standard Contract to FPLE Duane Arnold is exactly the type of transfer of interest that allows for joinder pursuant to RCFC 25(c). In this regard, Judge Lettow has ruled in a nearly identical circumstance where a utility plaintiff has assigned its contract, to allow a newly joined buyer and plaintiff seller to proceed jointly against the Government for breach of contract, breach of the implied covenant of good faith and fair dealing, and a Fifth Amendment taking. *Rochester Gas & Elec. Co. v. United States*, 65 Fed. Cl. 431, 442-43 (2005). Similarly, IPL has pled the identical three causes of action involved in *Rochester Gas* and it involves the identical assignment circumstances (save that IPL has already paid its one-time fee). Therefore, FPLE Duane Arnold respectfully requests that this Court (1) allow FPLE Duane Arnold to join and prosecute this case as a Plaintiff and, (2) correspondingly add FPLE Duane Arnold to the case caption.. (IPL will continue as a party and counsel for IPL will remain as "of counsel.").

## II. MOTION FOR LEAVE TO SUBSTITUTE COUNSEL OF RECORD

Plaintiff respectfully requests that undersigned counsel – Alex D. Tomaszczuk of Pillsbury Winthrop Shaw Pittman LLP – be substituted by the Clerk as Counsel of Record in this

action. (As noted above, IPL's counsel – Mr. Fagg – will remain as "of counsel.") All filings (electronic or otherwise) should be sent to undersigned counsel at the following address:

Alex D. Tomaszczuk
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd.
McLean, VA 22102-4859
(703) 770-7940 – telephone
(703) 770-7901 – facsimile
alex.tomaszczuk@pillsburylaw.com – e-mail

Dated: September 28, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
FPL Energy Duane Arnold, LLC

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)