**Exhibit 2**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **INTERSTATE POWER & LIGHT CO.,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 04-67C<br>(Judge Christine O.C. Miller) |

**CONSENT TO SUBSTITUTION OF LEAD COUNSEL**

In accordance with RCFC 83.1(c)(4), I hereby consent to the change of Counsel of Record for Plaintiff in this action to Alex D. Tomaszczuk of Pillsbury Winthrop Shaw Pittman LLP, who represents real party in interest FPL Energy Duane Arnold, LLC.

Date: September 28, 2006

Respectfully submitted,

Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 – telephone
(202) 739-3001 – facsimile

Attorney for Plaintiff
Interstate Power & Light Company