**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 28, 2006)

| | | |
|---|---|---|
| **INTERSTATE POWER & LIGHT CO.,** Plaintiffs, | ) | |
| v. | ) | No. 04-67C (Judge Christine O.C. Miller) |
| **THE UNITED STATES,** Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff Interstate Power & Light Company ("IPL"), respectfully requests an enlargement of time of 15 days until October 13, 2006 to file a joint status report updating the Court regarding any decisions or developments that might impact this case and to propose a joint schedule for further proceedings in this case. This is IPL's second request for an enlargement of time. Counsel for IPL has discussed this motion with Counsel for the Government, Mr. Joshua Gardner, and the Government does not oppose this motion.

IPL requests this enlargement to allow the Government to review and the Court to rule upon the motion for joinder of FPL Energy Duane Arnold, LLC ("FPLE Duane Arnold") and motion for leave to substitute counsel of record, as filed this date in this case. As previously related to the Court, on January 27, 2006 IPL sold its interest in the Duane Arnold Energy Center to FPLE Duane Arnold. FPLE Duane Arnold — as the new owner of the nuclear plant at issue and the real party in interest — seeks to join this case and to take the lead in its prosecution.

Counsel for FPLE Duane Arnold, Mr. Alex Tomaszczuk, has requested counsel for IPL to file this motion for enlargement due to the fact that Mr. Tomaszczuk and his colleagues are not yet counsel of record in this action. Mr. Tomaszczuk has had preliminary discussions with

counsel for the Government, Mr. Gardner, concerning a schedule for further proceedings in this case, but those discussions remain at a preliminary stage as FPLE Duane Arnold is not yet a party to this case and Mr. Tomaszczuk is not yet counsel of record. This extension will allow the Government to review the joinder and substitution papers filed herewith and the Court the opportunity to rule on the matter – necessary first steps in the orderly prosecution of this action. It also bears noting that Mr. Tomaszczuk and his colleagues just completed trial in *Sys. Fuels, Inc. v. United States*, No. 03-2624C (Braden, J.) (Plaintiff's case-in-chief was presented from September 18, 2006 through September 22, 2006) and are scheduled shortly to commence trial in *Northern States Power Co. v. United States*, No. 98-484C (Wiese, S.J.) (four week trial to commence in Minneapolis, Minnesota on October 23, 2006). Additionally, in *System Fuels, Inc. v. United States*, No. 03-2623C (Lettow, J.), in which trial is scheduled to commence in February 2007, Mr. Tomaszczuk and Mr. Gardner both participated in oral argument on September 13, 2006 concerning the parties' cross-motions for protective order.

For the foregoing reasons, and for good cause shown, IPL requests that this Court grant an enlargement of time of 15 days until October 13, 2006 for the parties file a joint status report.

Dated: September 28, 2006

Respectfully submitted,

s/ Brad Fagg
Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5191 – telephone
(202) 739-3001 – facsimile

Attorney for Plaintiff
Interstate Power & Light Company

CERTIFICATE OF FILING

I hereby certify that on this 28th day of September 2006, a copy of the foregoing "Unopposed Motion for Enlargement of Time" was filed electronically, and service is thereby deemed to have been made on all counsel of record.

s/ Paul Bessette