**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **INTERSTATE POWER AND LIGHT COMPANY,** | |
| Plaintiff, | Case No. 04-0067C |
| v. | |
| | (Judge Christine Miller) |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

**RESPONSE OF INTERSTATE POWER AND LIGHT COMPANY TO MOTION FOR JOINDER OF FPL ENERGY DUANE ARNOLD, LLC AND MOTION FOR LEAVE TO SUBSTITUTE COUNSEL OF RECORD**

Plaintiff Interstate Power & Light Company does not oppose the Motion for Joinder of FPL Energy Duane Arnold, LLC And Motion For Leave To Substitute Counsel, filed on September 28, 2006.

Respectfully submitted,

s/ Brad Fagg
Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
11 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5191 – telephone
(202) 739-3001 – facsimile

Attorney for Plaintiff
Interstate Power and Light
Company

September 29, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 28th day of September 2006, a copy of the foregoing "RESPONSE OF INTERSTATE POWER AND LIGHT COMPANY TO MOTION FOR JOINDER OF FPL ENERGY DUANE ARNOLD, LLC AND MOTION FOR LEAVE TO SUBSTITUTE COUNSEL OF RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brad Fagg