# In the United States Court of Federal Claims

****************************************
INTERSTATE POWER & LIGHT CO., *

Plaintiff, *

v. * No. 04-67C

THE UNITED STATES, * (Filed Sept. 29, 2006)

Defendant. *
****************************************

**ORDER**

FPL Energy Duane Arnold, LLC ("FPLE Duane Arnold") on September 28, 2006, filed (1) Motion for Joinder of FPL Energy Duane Arnold, LLC, and Motion for Leave To Substitute Counsel of Record, which was unopposed by plaintiff in its response filed this date and which defendant by telephone this date agreed to, and (2) plaintiff's unopposed motion for an enlargement of time within which the parties will file their Joint Status Report. Accordingly,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 20(a) and 25(c), FPLE Duane Arnold is joined as a party plaintiff and shall be added to the caption in all future filings.

2. Pursuant to RCFC 83.1(c)(4), Alex D. Tomaszczuk is substituted as counsel of record for Brad Fagg, who will remain as of counsel to both plaintiffs.

3. Plaintiff's unopposed motion for enlargement of time is granted, and the parties shall file their Joint Status Report by October 13, 2006.

s/ Christine O. C. Miller

______________________________

Christine Odell Cook Miller
Judge