**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on October 13, 2006)

| | |
|---|---|
| **FPL ENERGY DUANE ARNOLD, LLC** and **INTERSTATE POWER & LIGHT CO.,** Plaintiffs, | |
| v. | No. 04-67C (Judge Christine O.C. Miller) |
| **THE UNITED STATES,** Defendant. | |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

Pursuant to the Court's April 3, 2006, September 14, 2006, and September 29, 2006 Orders, Plaintiffs FPL Energy Duane Arnold, LLC and Interstate Power & Light Company, and Defendant, the United States, respectfully and jointly submit this status report regarding their proposal for further proceedings in this case. The Court's September 14, 2006 Order directed the parties to "state their views with respect to continuance of the stay of discovery in this case and their intention with respect to any forthcoming dispositive motion and/or trial." For reasons explained below, the parties agree that a stay of at least six months is appropriate due to recent decisions of this Court and the U.S. Court of Appeals for the Federal Circuit (the "Federal Circuit") and the pending resolution of other SNF damages cases in this Court that have proceeded to a more advanced stage.

Plaintiffs and the Government recognize and appreciate the guidance in the Court's September 14, 2006 Order that "a continuation of the stay will not serve the best interests of the parties." Upon further discussion, however, the parties respectfully submit that a continuation of the stay in this case is necessary and appropriate. For example, as the Court may be aware, an

extensive trial decision was issued on September 30, 2006 in Yankee Atomic Elec. Co. v. United States, No. 98-126C (Merow, S.J.). A trial decision was also issued on October 13, 2006 in Pacific Gas & Elec. Co. v. United States, No. 04-74C (Hewitt, J.). The time period for any appeals of this Court's decisions to award the plaintiff damages in these two cases has not yet expired, but if appeals are taken to the Federal Circuit in these cases, the resultant decision(s) could control various issues pending in this case, such as, *inter alia*, the types of damages that are recoverable in a partial breach of the Standard Contract (including, for example, a plaintiff utility's costs of building an on-site dry fuel storage facility). Indeed, the Federal Circuit's decisions in PSEG Nuclear, LLC v. United States, 2006 U.S. App. LEXIS 24585 (Fed. Cir. Sept. 26, 2006) and in Indiana Michigan Power Co. v. United States, 422 F.3d 1369 (Fed. Cir. 2005) have already provided guidance regarding the litigation and adjudication of other SNF damages cases in this Court – including the instant action.

A stay is also desirable because counsel for the parties have been and will be extensively engaged in discovery and other pre-trial matters in several other SNF cases pending before this Court. For example, damages trials involving the undersigned counsel are currently scheduled to continue on January 16, 2007 in System Fuels, Inc. v. United States, No. 03-2624C (Braden, J.), and scheduled to commence on October 23, 2006 in Northern States Power Co. v. United States, No. 98-484C (Wiese, S.J.), on February 12, 2007 in System Fuels, Inc. v. United States, No. 03-2623C (Lettow, J.), and on May 7, 2007 in Boston Edison Co. v. United States, No. 99-447C (Lettow, J.).

In summary, multiple cases are proceeding on various fronts which could either control or inform the Court's resolution of various key issues in this case. Thus, for the foregoing reasons, the parties respectfully request that the Court issue an Order staying this case for six

additional months, i.e., until April 13, 2007. The parties further propose to file a status report with the Court on or before April 16, 2007 advising the Court regarding further proceedings in this case, including possibly resumption of a discovery and/or briefing schedule.

Dated: October 13, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record and Counsel for
FPL Energy Duane Arnold, LLC

OF COUNSEL:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Brad Fagg
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5191
(202) 739-3001 (fax)

Counsel for Interstate Power & Light Company

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr. by s/ Jack Y. Chu
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner by s/ Jack Y. Chu
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585