**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on April 16, 2007)

| | |
|---|---|
| **INTERSTATE POWER & LIGHT CO.** and **FPL ENERGY DUANE ARNOLD, LLC,** Plaintiffs, v. **THE UNITED STATES,** Defendant. | No. 04-67C (Judge Christine O.C. Miller) |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

Pursuant to this Court's October 16, 2006 Order, the Plaintiffs and Defendant respectfully submit this joint status report and motion to continue the stay in this case that is scheduled to end this date. In its October 16, 2006 Order, this Court instructed the parties to file a joint status report providing notice to this Court of any events that have any effect on this case. However, to date, the parties concur that the stay should remain in place for many of the same reasons that the parties moved to continue the stay in this case in October 2006. Therefore, for the reasons discussed below, the parties suggest a continued stay through October 16, 2007.

The following spent nuclear fuel cases are on appeal to the U.S. Court of Appeals for the Federal Circuit ("Federal Circuit"): *Yankee Atomic Elec. Co. v. United States*, 73 Fed. Cl. 249 (2006), *appeal docketed*, Nos. 2007-5025, 2007-5026, 2007-5027, 2007-5031, 2007-5032, 2007-5033 (Fed. Cir.); *Pac. Gas & Elec. Co. v. United States*, 73 Fed. Cl. 333 (2006), *appeal docketed*, No. 2007-5046 (Fed. Cir.); *Sacramento Mun. Util. Dist. v. United States*, 70 Fed. Cl. 332 (2006), *appeal docketed*, No. 2007-5052 (Fed. Cir.); *Nebraska Pub. Power Dist. v. United*

*States*, 74 Fed. Cl. 762 (2006), *appeal docketed*, No. 2007-5083 (Fed. Cir.). Each of these decisions may inform this Court's consideration of issues in the instant case.

Additionally, counsel for Defendant and counsel for Plaintiff FPL Energy Duane Arnold, LLC ("FPL") are currently in the process of concluding three trials or the post-trial briefing in *Northern States Power Co. v. United States*, No. 98-484C (Fed. Cl.) (Wiese, S.J.), *System Fuels, Inc. v. United States*, No. 03-2623C (Fed. Cl.) (Lettow, J.), *System Fuels, Inc. v. United States*, No. 03-2624C (Fed. Cl.) (Braden, J.). Furthermore, counsel for Defendant and counsel for Plaintiff FPL will also be involved in another trial beginning on June 4, 2007 in *Boston Edison Co. v. United States*, No. 99-447C (Fed. Cl.)(Lettow, J.) (seller of nuclear plant) and *Entergy Nuclear Generation Co. v. United States*, No. 03-2626C (Fed. Cl.) (Lettow, J.) (buyer of nuclear plant consolidated with *Boston Edison* for limited purpose). Because of this schedule and that these cases may also inform this Court's consideration of certain issues, the parties also believe that the instant case should remain stayed.

For the foregoing reasons, the parties respectfully request that this Court continue the stay in this case through October 16, 2007.

Dated: April 16, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record and Counsel for
FPL Energy Duane Arnold, LLC

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Brad Fagg
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5191
(202) 739-3001 (fax)
Counsel for Interstate Power & Light Company

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner by s/ Daniel S. Herzfeld
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant