# In the United States Court of Federal Claims

**************************************
*
**FPL ENERGY DUANE ARNOLD, LLC, and**
**INTERSTATE POWER & LIGHT CO.,** *
*
Plaintiffs, *
*
v. * No. 04-67C
*
**THE UNITED STATES,** * (Filed Apr. 17, 2007)
*
Defendant. *
*
**************************************

**ORDER**

The parties' Motion To Continue Stay included in their Joint Status Report filed on April 16, 2007, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. The motion is granted, and the stay of discovery in this case is continued until October 16, 2007.

2. The parties shall promptly file a Joint Status Report notifying the court of any decisions or other developments that impact this case.

s/ Christine O.C. Miller
_____________________________________
Christine Odell Cook Miller
Judge