**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on October 16, 2007)

| | |
|---|---|
| **FPL ENERGY DUANE ARNOLD, LLC,** and **INTERSTATE POWER & LIGHT CO.,** Plaintiffs, | |
| v. | No. 04-67C (Judge Christine O.C. Miller) |
| **THE UNITED STATES,** Defendant. | |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

Pursuant to this Court's April 17, 2007 Order, the Plaintiffs and Defendant respectfully submit this joint status report and motion to continue the stay in this case that is scheduled to end this date. In its April 17, 2007 Order, this Court instructed the parties to file a joint status report providing notice to this Court of any events that have any effect on this case. However, to date, the parties concur that the stay should remain in place for many of the same reasons that the parties moved to continue the stay in this case in October 2006 and April 2007. In particular, given the various appeals that are pending, as summarized below, the parties seek and join in this motion for a continued stay through January 15, 2008.

Since the parties' last joint status report, Senior Judge Wiese issued a spent nuclear fuel trial decision in *Northern States Power Co. v. United States*, No. 98-484C, 2007 WL 2812727 (Fed. Cl. Sept. 26, 2007) and Senior Judge Merow issued a trial decision in *So. Nuclear Operating Co. v. United States*, 77 Fed. Cl. 396 (2007). The Government has moved to reconsider both of the resulting trial judgments. Additionally, Judge Braden has released another trial decision in *System Fuels, Inc. v. United States*, No. 03-2624C (Fed. Cl. Oct. 11, 2007). As

noted in the previous status report, the following spent nuclear fuel cases are on appeal to the U.S. Court of Appeals for the Federal Circuit ("Federal Circuit"): *Yankee Atomic Elec. Co. v. United States*, 73 Fed. Cl. 249 (2006), *appeal docketed*, Nos. 2007-5025, 2007-5026, 2007-5027, 2007-5031, 2007-5032, 2007-5033 (Fed. Cir.); *Pac. Gas & Elec. Co. v. United States*, 73 Fed. Cl. 333 (2006), *appeal docketed*, No. 2007-5046 (Fed. Cir.); *Sacramento Mun. Util. Dist. v. United States*, 70 Fed. Cl. 332 (2006), *appeal docketed*, No. 2007-5052 (Fed. Cir.); *Nebraska Pub. Power Dist. v. United States*, 74 Fed. Cl. 762 (2006), *appeal docketed*, No. 2007-5083 (Fed. Cir.). These cases are almost fully briefed and the parties expect the Federal Circuit to hear oral argument in each in the coming months. Decisions in these cases may inform this Court's consideration of various issues presented by the instant case.

Additionally, counsel for Defendant and counsel for Plaintiff FPL Energy Duane Arnold, LLC are currently in the process of concluding the post-trial briefing in *Boston Edison Co. v. United States*, No. 99-447C (Fed. Cl.)(Lettow, J.) (seller of nuclear plant) and *Entergy Nuclear Generation Co. v. United States*, No. 03-2626C (Fed. Cl.) (Lettow, J.) (buyer of nuclear plant consolidated with *Boston Edison* for limited purpose). Defendant is currently trying *Wisconsin Electric Power Co. v. United States*, No. 00-697C (Fed. Cl.) (Merow, S.J.). Furthermore, counsel for Defendant and counsel for Plaintiff Interstate Power & Light Company will also try another spent nuclear fuel case, *Carolina Power & Light Co. v. United States*, No. 04-37C (Wheeler, J.), beginning on November 5, 2007. Counsel for Defendant also will try *Dairyland Power Coop. v. United States*, No. 04-106C (Fed. Cl.) (Damich, C.J.), beginning January 28, 2008. Because of this schedule and the possibility that these cases may also inform this Court's consideration of certain issues, the parties agree that the instant case should remain stayed through January 15, 2008.

For the foregoing reasons, the parties respectfully request that this Court continue the stay in this case through January 15, 2008.

Dated: October 16, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record and Counsel for
FPL Energy Duane Arnold, LLC

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Brad Fagg
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5191
(202) 739-3001 (fax)
Counsel for Interstate Power & Light Company

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner by s/ Daniel S. Herzfeld
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585