**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on January 15, 2008)

| | |
|---|---|
| **FPL ENERGY DUANE ARNOLD, LLC,** and **INTERSTATE POWER & LIGHT CO.,** Plaintiffs, v. **THE UNITED STATES,** Defendant. | No. 04-67C (Judge Christine O.C. Miller) |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

Pursuant to this Court's October 17, 2007 Order, the Plaintiffs and Defendant respectfully submit this joint status report and motion to continue the stay in this case that is scheduled to end this date. In its October 17, 2007 Order, this Court instructed the parties to file a joint status report providing notice to this Court of any events that have any effect on this case. However, to date, the parties concur that the stay should remain in place for many of the same reasons that the parties previously moved to continue the stay in this case. In particular, given the various appeals that are pending, as summarized below, the parties seek and join in this motion for a continued stay through July 15, 2008.

The U.S. Court of Appeals for the Federal Circuit ("Federal Circuit") heard oral argument on December 3, 2007, in *Nebraska Pub. Power Dist. v. United States*, No. 2007-5083. Oral arguments have been calendared by the Federal Circuit for February 4, 2008 in three other spent nuclear fuel appeals: (1) *Yankee Atomic Elec. Co. v. United States*, 73 Fed. Cl. 249 (2006), *appeal pending*, Nos. 2007-5025, 2007-5026, 2007-5027, 2007-5031, 2007-5032, 2007-5033 (Fed. Cir.); (2) *Pacific Gas & Elec. Co. v. United States*, 73 Fed. Cl. 333 (2006), *appeal pending*,

No. 2007-5046 (Fed. Cir.); (3) *Sacramento Mun. Util. Dist. v. United States*, 70 Fed. Cl. 332 (2006), *appeal pending*, No. 2007-5052 (Fed. Cir.). The resolution of these cases on appeal may inform the instant case.

Additionally, three trial decisions at the Court of Federal Claims have been finalized after motions for reconsideration were denied. *Northern States Power Co. v. United States*, 78 Fed. Cl. 449 (2007), *reconsideration denied*, slip op. (Fed. Cl. Dec. 12, 2007); *System Fuels, Inc. v. United States*, 79 Fed. Cl. 37 (2007), *reconsideration denied*, 79 Fed. Cl. 182 (2007); *Southern Nuclear Operating Co. v. United States*, 77 Fed. Cl. 396 (2007), *reconsideration denied*, 79 Fed. Cl. 135 (2007). Notices of appeal have been filed in both *System Fuels* (Lettow, J.) and *Southern Nuclear*. Moreover, Judge Braden has issued a trial decision in *System Fuels, Inc. v. United States*, 78 Fed. Cl. 769 (2007), but entry of judgment awaits the completion of additional proceedings to determine damages relating to that utility's cost of capital. Additionally, three trials have occurred, the latter two of which have not completed post-trial briefing. *Boston Edison Co. v. United States*, No. 99-447C (Fed. Cl.) (Lettow, J.) (consolidated for a limited purpose at trial with *Entergy Nuclear Generation Co. v. United States*, No. 03-2626C (Fed. Cl.) (Lettow, J.)); *Wisconsin Elec. Power Co. v. United States*, No. 00-697C (Fed. Cl.) (Merow, S.J.); *Carolina Power & Light Co. v. United States*, No. 04-37C (Fed. Cl.) (Wheeler, J.). The ultimate resolution of these additional cases may also inform this case.

Thus, consistent with the parties' representations in their previous joint status reports in this action, multiple spent fuel cases continue to proceed on various fronts that could inform the Court's resolution of various issues in this case. The parties respectfully submit that the stay in this case should be continued through July 15, 2008.

Dated: January 15, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record and Counsel for
FPL Energy Duane Arnold, LLC

OF COUNSEL:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Brad Fagg
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5191
(202) 739-3001 (fax)

Counsel for Interstate Power & Light Company

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner by s/ Daniel S. Herzfeld
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585