# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **FPL ENERGY DUANE ARNOLD, LLC, and INTERSTATE POWER & LIGHT CO.,** Plaintiffs, | * | |
| v. | * | No. 04-67C |
| **THE UNITED STATES,** | * | (Filed Jan. 16, 2008) |
| Defendant. | * | |

## ORDER

The parties' Motion To Continue Stay included in their Joint Status Report filed on January 15, 2008, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. The motion is granted, and the stay of discovery in this case is continued until July 15, 2008.

2. The parties shall promptly file a Joint Status Report notifying the court of any decisions or other developments that impact this case.

s/ Christine O.C. Miller

Christine Odell Cook Miller
Judge