**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on July 15, 2008)

| | |
|---|---|
| **FPL ENERGY DUANE ARNOLD, LLC,** and **INTERSTATE POWER & LIGHT CO.,** Plaintiffs, v. **THE UNITED STATES,** Defendant. | No. 04-67C (Judge Christine O.C. Miller) |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

Pursuant to this Court's January 16, 2008 Order, the Plaintiffs and Defendant respectfully submit this joint status report and motion to continue the stay in this case that is scheduled to end this date. In its January 16, 2008 Order, this Court instructed the parties to file a joint status report providing notice to this Court of any events that have any effect on this case. However, to date, the parties concur that the stay should remain in place for many of the same reasons that the parties previously moved to continue the stay in this case. In particular, given the various spent nuclear fuels ("SNF") appeals that are pending decisions or that have been recently filed, as summarized below, the parties seek and join in this motion for a continued stay through January 7, 2009. Also, several additional cases have advanced to trial.

As previously reported, the Federal Circuit heard oral argument on December 3, 2007, in *Nebraska Pub. Power Dist. v. United States*, No. 2007-5083. On February 4, 2008, the Federal Circuit heard oral argument in three other SNF appeals before the Federal Circuit: (1) *Yankee Atomic Elec. Co. v. United States*, 73 Fed. Cl. 249 (2006), *appeal pending*, Nos. 2007-5025, 2007-5026, 2007-5027, 2007-5031, 2007-5032, 2007-5033 (Fed. Cir.) ("*Yankee*"); (2) *Pacific*

*Gas & Elec. Co. v. United States*, 73 Fed. Cl. 333 (2006), *appeal pending*, No. 2007-5046 (Fed. Cir.) ("*PG&E*"); (3) *Sacramento Mun. Util. Dist. v. United States*, 70 Fed. Cl. 332 (2006), *appeal pending*, No. 2007-5052 (Fed. Cir.) ("*SMUD*"). The Federal Circuit has yet to rule in these cases. The resolution of these cases on appeal may inform the instant case.

Four other SNF decisions from the Court of Federal Claims have been appealed to the Federal Circuit. *Northern States Power Co. v. United States*, 78 Fed. Cl. 449 (2007), *appeal pending*, No. 2008-5037 (Fed. Cir.); *System Fuels, Inc. v. United States*, 79 Fed. Cl. 37 (2007), *appeal pending*, Nos. 2008-5025, 2008-5035 (Fed. Cir.); *Southern Nuclear Operating Co. v. United States*, 77 Fed. Cl. 396 (2007), *appeals pending*, Nos. 2008-5020, 2008-5028 (Fed. Cir.); *Boston Edison Co. v. United States*, 80 Fed. Cl. 468 (2008), *appeals pending*, Nos. 2008-5066, 2008-5070 (Fed. Cir.). Briefing in these three appeals has been stayed pending a ruling by the Federal Circuit in the *Yankee*, *PG&E*, or *SMUD* cases. (The parties also previously reported the trial decision in *System Fuels, Inc. v. United States*, 78 Fed. Cl. 769 (2007), but no entry of judgment has occurred due to additional proceedings to determine damages relating to that utility's cost of capital.) The ultimate resolution of these additional cases may also inform this case. Additionally, on May 19, 2008, the Court issued its trial decision in *Carolina Power & Light Co. v. United States*, 2008 U.S. Claims LEXIS 134 (Fed. Cl. May 19, 2008) ("*CP&L*"). Subsequently, on June 19, 2008, this Court granted in part and denied in part the Government's motion for reconsideration in *CP&L*, which decision resulted in a reduction of the damages in the judgment previously entered in favor of the plaintiff.

Finally, several other SNF cases have advanced to trial or are in the midst of post-trial briefing. *See Wisc. Elec. Power Co. v. United States*, 00-697C (Merow, S.J.) (post-trial briefing); *Dominion Resources, Inc. v. United States*, Nos. 04-83 & 04-84 (Bruggink, S.J.) (post-

trial briefing); *Dairyland Power Co-op. v. United States*, No. 04-106C (Damich, C.J.) (trial commenced on July 7, 2008).

Thus, consistent with the parties' representations in their previous joint status reports in this action, multiple spent fuel cases continue to proceed on various fronts that could inform the Court's resolution of various issues in this case. The parties respectfully submit that the stay in this case should be continued through January 7, 2009.

Dated: July 15, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record and Counsel for
FPL Energy Duane Arnold, LLC

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Brad Fagg
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5191
(202) 739-3001 (fax)
Counsel for Interstate Power & Light Company



400893680v1

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner by s/ Daniel S. Herzfeld
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Attorneys for Defendant