# In the United States Court of Federal Claims

*************************************
*
**FPL ENERGY DUANE ARNOLD, LLC, and**
**INTERSTATE POWER & LIGHT CO.,** *
*
Plaintiffs, *
*
v. * No. 04-67C
*
**THE UNITED STATES,** * (Filed July 16, 2008)
*
Defendant. *
*
*************************************

**ORDER**

The parties' Motion To Continue Stay included in their Joint Status Report filed on July 15, 2008, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. The motion is granted, and the stay of discovery in this case is continued until January 7, 2009.

2. The parties shall promptly file a Joint Status Report notifying the court of any decisions or other developments that impact this case.

s/ Christine O.C. Miller

______________________________________

Christine Odell Cook Miller
Judge