IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERSTATE POWER AND LIGHT COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-0067C |
| | ) | (Judge Christine Miller) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

CORRECTED NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of MARIANA TERESA ACEVEDO, as attorney of record for the United States. This notice is intended to serve as a substitute for the one filed earlier today which inadvertently contained a typographical error in counsel's email address. Service of all papers by opposing parties should be addressed as follows:

MARIANA TERESA ACEVEDO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Mariana T. Acevedo
MARIANA TERESA ACEVEDO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-0316
Facsimile: (202) 307-2503
Email: mariana.acevedo@usdoj.gov

Dated: September 11, 2008

CERTIFICATE OF FILING

I hereby certify that, on September 11, 2008, a copy of foregoing "CORRECTED NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Mariana T. Acevedo